**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

SHAHEEM WILLIS,

                Petitioner

        v.

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY,

                Respondent

: No. 70 EM 2021
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of December, 2021, the Application for Leave to File Original Process is GRANTED. The Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.